# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION NO. 07-60053** |
| **VS.** | **JUDGE MELANÇON** |
| **KAYCEE COLLINS** | **MAGISTRATE JUDGE HILL** |

### RULING ON MOTION TO DISMISS

This matter was referred to United States Magistrate Judge C. Michael Hill for his Report and Recommendation. After an independent review of the record and considering the objections filed, this Court concludes that the Report and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that defendant's motion to dismiss is **DENIED.**

**THUS DONE AND SIGNED** at Lafayette, Louisiana this 7th day of January, 2009.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE